## ST. PAUL FIRE & MARINE INSURANCE CO. *v.* MURRAY GUARD, INC.

99-515                                                                9 S.W.3d 501

Supreme Court of Arkansas
Opinion delivered February 3, 2000

*Barrett & Deacon, A Professional Association,* by: *D.P. Marshall Jr.* and *James F. Gramling,* for appellant.

No response.

PER CURIAM. ■ In response to appellant's motion to lift the stay in the above-styled case, now docketed in the court of appeals, and to consolidate with *NationsBank v. Murray Guard,* case no. 99-891, filed with this court, we deny the motion without prejudice. We recognize that the similarity of the two cases, each arising from substantially the same set of facts, presents a potential for inconsistent decisions, and for that reason, we are reassigning case no. 99-515 to this court, without consolidating the two cases at this time.

Motion denied.

GLAZE, and IMBER, JJ., not participating.